RECEIVED

OCT 1 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. A. NO. 01-30044-02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LARRY D. ANDINGS, JR. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Vacate, Set Aside, or Correct Sentence by Defendant [Doc. No. 227] is DENIED.

Monroe, Louisiana, this _____18_____ day of _____October_____, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE